No. 39422.—Protests 157315–G, etc., of Antonio Salemi (New York).

Opinion by TILSON, J.   From the record it was found that certain items consist of filet laces similar to those involved in *United States* v. *Jabara* (22 C. C. P. A. 77, T. D. 47065).   The claim at 75 percent under paragraph 1430 was therefore sustained.